1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  GREGG W. LOWDER (CSBN 107864)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7044
7      Fax: (415) 436-7234

8  Attorneys for Plaintiff

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12 UNITED STATES OF AMERICA,         )   No.   CR 3 06-70413 MEJ
                                     )
13        Plaintiff,                 )   [PROPOSED] ORDER EXCLUDING
                                     )   TIME FROM AUGUST 1, 2006
14    v.                             )   THROUGH AUGUST 16, 2006 FROM
                                     )   CALCULATIONS UNDER THE SPEEDY
15 KAI BUTLER,                       )   TRIAL ACT (18 U.S.C. § 3161) AND
                                     )   UNDER F.R.C.P. 5.1
16        Defendant.                 )
   _____)
17
        The parties appeared before this Court on the pending complaint on August 1, 2006. The
18
   defendant was personally present. V. Roy Lefcourt, Esq., appeared specially on behalf of the
19
   defendant. Gregg Lowder, Assistant United States Attorney, appeared for the United States. The
20
   Court continued the matter to August 16, 2006 @ 9: 30 a.m. for defendant's next appearance in
21
   magistrate court.
22
        At the request of the defendant, the Court enters this order continuing this hearing and
23
   excluding time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161 and from
24
   calculations under Federal Rule of Criminal Procedure 5.1, from August 1, 2006 through August
25
   16, 2006. The parties, including the defendant, agree and the Court finds and holds as follows:
26
        1. The defendant understands, requests and agrees to the exclusion of time from
27
        calculations under the Speedy Trial Act, 18 U.S.C. § 3161 and under Federal Rule of
28

Order re Speedy Trial Exclusion of Time
CR 3 06-70413 MEJ

1  Criminal Procedure Rule 5.1, from August 1, 2006 through August 16, 2006 based upon
2  the desire of the defense to continue to analyze the discovery presented before an
3  indictment is sought by the government; to investigate further the facts of the case prior to
4  indictment; to continue to permit the defendant time to negotiate the retention of an
5  attorney of his choice, V. Roy Lefcourt; to allow V. Roy Lefcourt time to effectively
6  prepare and analyze the defendant's case; and for continuity of counsel, to allow the
7  defendant time to retain V. Roy Lefcourt.

2. The defense counsel V. Roy Lefcourt, specially appearing, joins in the request to exclude time under the Speedy Trial Act and under Federal Rule of Criminal Procedure 5.1 for the above reasons, and believes the exclusion of time is necessary for him to effectively preparation a defense and for continuity of counsel, and is in the defendant's best interests, and further agrees the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161 and under Federal Rule of Criminal Procedure 5.1 should be from August 1, 2006 through August 16, 2006.

Given these circumstances, the Court finds that the ends of justice served by excluding from calculations the period from August 1, 2006 through August 16, 2006, outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161 and, with the defendant's consent, finds good cause for the same reasons listed above to exclude August 1, 2006 through August 16, 2006 from time calculations under Federal Rule of Criminal Procedure 5.1. Accordingly, and at the request of the defendant personally, the Court (1) sets an appearance date before this Court on August 16, 2006, @ 9:30 a.m., and (2) orders and finds that the time from August 1, 2006 through August 16, 2006 is excluded from time

///
///
///
///
///
///

Order re Speedy Trial Exclusion of Time
CR 3 06-70413 MEJ                                         2

1 | calculations under the Speedy Trial Act, 18 U.S.C. § 3161 and under Federal Rule of Criminal
2 | Procedure 5.1.
3 | SO STIPULATED:
4 | DATED: 8/16/06
5 | V. ROY LEFCOURT
    Attorney for Defendant (Specially Appearing)
6 |
7 | DATED: 8/7/06
    GREGG W. LOWDER
    Assistant United States Attorney
8 | IT IS SO ORDERED.
9 | DATED: 8/16/06
    JOSEPH C. SPERO
10|   United States Magistrate Judge

Order re Speedy Trial Exclusion of Time
CR 3 06-70413 MEJ                                   3