KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

GREGG W. LOWDER (CSBN 107864)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7044
    Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KAI BUTLER,<br><br>    Defendant. | No.   CR 3 06-70413 MEJ<br><br>[~~PROPOSED~~] ORDER EXCLUDING TIME FROM OCTOBER 19, 2006 THROUGH NOVEMBER 7, 2006 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161) AND UNDER F.R.C.P. 5.1 |

      The parties appeared before this Court on the pending complaint on October 19, 2006. Gregg Lowder, Assistant United States Attorney, appeared for the United States. Steven Kalar, Assistant Federal Public Defender, appeared for the defendant, who appeared personally.

      At the request of and upon the consent of the parties, and the defendant personally, the Court continued the case to November 7, 2006 for status conference and excluded time from October 19, 2006 through November 7, 2006 from time calculations under the Speedy Trial Act and under F.R.C.P. Rule 5.1, to permit the attorneys reasonable time for effective preparation in the case, including to investigate and analyze the extent of the defendant's criminal history. The probation department has recently prepared a criminal history of the defendant for the parties upon the Court's order, and the parties have just received the report.

      The Court enters this order continuing the hearing and supplementing its oral orders at the

Order re Speedy Trial Exclusion of Time
CR 3 06-70413 MEJ

hearing of October 19, 2006 excluding time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, and from calculations under Federal Rule of Criminal Procedure 5.1, from October 19, 2006 through November 7, 2006.  The parties, including the defendant, agree and the Court finds and holds as follows:

    1.  The defendant understands and requests the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, and under Federal Rule of Criminal Procedure Rule 5.1, from October 19, 2006 through November 7, 2006 based upon the need of the defense for a reasonable period of time to allow effective preparation in the case, including reasonable time to investigate and analyze the extent of the defendant's criminal history

    2.  Defense counsel Steve Kalar joins in the request to exclude time from calculations under the Speedy Trial Act and under F.R.C.P. 5.1 for the above reasons, and believes the exclusion of time is necessary for him to effectively prepare a defense, and further agrees the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, and under F.R.C.P. 5.1 should be from October 19, 2006 through November 7, 2006.

    Given these circumstances, the Court finds that the ends of justice served by excluding from time calculations the period of October 19, 2006 through November 7, 2006 outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161, and, at the defendant's request, finds good cause for the same reasons listed above and stated at the hearing to exclude October 19, 2006 through November 7, 2006 from time calculations under Federal Rule of Criminal Procedure 5.1.  Accordingly, and at the request of the defendant personally, the Court (1) sets an appearance date on November 7, 2006, @ 9:30 a.m., and (2) orders and finds that the time from October 19, 2006 through November 7, 2006 is

///
///
///
///
///

Order re Speedy Trial Exclusion of Time
CR 3 06-70413 MEJ                 2

1  excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161 and under
2  Federal Rule of Criminal Procedure 5.1.
3  SO STIPULATED:
4  DATED: October 19, 2006                    /S/
                                              STEVEN KALAR
5                                             Attorney for Defendant
6
7  DATED: October 19, 2006                    /S/
                                              GREGG W. LOWDER
                                              Assistant United States Attorney
8  IT IS SO ORDERED.
9  DATED: 10/23/06
                                              NANDOR J. VADAS
10                                            United States Magistrate Judge

Order re Speedy Trial Exclusion of Time
CR 3 06-70413 MEJ                          3