KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

GREGG W. LOWDER (CSBN 107864)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7044
Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 3 06-70413 MEJ |
| Plaintiff, ) | [PROPOSED] ORDER EXCLUDING TIME FROM NOVEMBER 7, 2006 |
| v. ) | THROUGH DECEMBER 7, 2006 FROM CALCULATIONS UNDER THE SPEEDY |
| KAI BUTLER, ) | TRIAL ACT (18 U.S.C. § 3161) AND UNDER F.R.C.P. 5.1 |
| Defendant. ) | |

The parties appeared before this Court on the pending complaint on November 7, 2006. Gregg W. Lowder, Assistant United States Attorney, appeared for the United States. Steven Kalar, Assistant Federal Public Defender, appeared for the defendant, who appeared personally.

At the request of and upon the consent of the parties, and the defendant personally, the Court continued the case to December 7, 2006 for status conference and excluded time from November 7, 2006 through December 7, 2006 from time calculations under the Speedy Trial Act and under F.R.C.P. Rule 5.1. The exclusions of time are based upon the request of the parties, upon a motion for release made in court by the defendant to be heard on December 7, and further upon the need to permit the attorneys reasonable time for effective preparation in the case, including allowing the government time to investigate the accuracy of the defendant's criminal history recently reported by the probation department.

Order re Speedy Trial Exclusion of Time
CR 3 06-70413 MEJ

1   The Court enters this order continuing the hearing and supplementing its oral orders at the hearing of November 7, 2006 excluding time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, and from calculations under Federal Rule of Criminal Procedure 5.1, from November 7, 2006 through December 7, 2006. The parties, including the defendant, agree and the Court finds and holds as follows:

    1. The defendant understands and requests the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, and under Federal Rule of Criminal Procedure Rule 5.1, from November 7, 2006 through December 7, 2006 based upon the pendency of its pretrial motion made in court on November 7 that will be heard on December 7, and the need for a reasonable period of time to allow effective preparation, including reasonable time to investigate further the defendant's criminal history.

    2. Defense counsel Steve Kalar joins in the request to exclude time from calculations under the Speedy Trial Act and under F.R.C.P. 5.1 for the above reasons, and believes the exclusion of time is necessary for him to effectively prepare the motion and also a defense, and further agrees the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, and under F.R.C.P. 5.1 should be from November 7, 2006 through December 7, 2006.

Given these circumstances, the Court finds that the ends of justice served by excluding from time calculations the period of November 7, 2006 through December 7, 2006 outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161, and further, at the defendant's request, finds good cause for the same reasons listed above and stated at the hearing to exclude November 7, 2006 through December 7, 2006 from time calculations under Federal Rule of Criminal Procedure 5.1. Accordingly, and at the request of the defendant personally, the Court (1) sets an appearance date on December 7, 2006, @ 9:30 a.m., and (2) orders and finds that the time from November 7, 2006 through December 7,

///

///

///

Order re Speedy Trial Exclusion of Time
CR 3 06-70413 MEJ                             2

1  2006 is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161 and under
2  Federal Rule of Criminal Procedure 5.1.
3  SO STIPULATED:
4  DATED: 11/7/06

   STEVEN KALAR
5  Attorney for Defendant

6
   DATED: _____11/07/06_____
7  GREGG W. LOWDER
   Assistant United States Attorney
8  IT IS SO ORDERED.
9  DATED: 11/9/06

   EDWARD M. CHEN
10 United States Magistrate Judge

Order re Speedy Trial Exclusion of Time
CR 3 06-70413 MEJ                                3