IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KAI BUTLER,<br><br>    Defendant.<br>                              / | No. CR 06-00813 WHA<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE** |

       Defendant Kai Butler moves, *pro se*, for a reduction of his sentence pursuant to 18 U.S.C. 3582(c)(2). Defendant was convicted of being a felon in possession of a firearm in violation of 18 U.S.C. 922(g)(1), and possession with intent to distribute cocaine base in violation of 21 U.S.C. 841(a)(1) and (b)(1)(B)(iii). On April 3, 2007, he was sentenced to imprisonment for 108 months.

       Defendant's motion argues that his sentence should be reduced based on the Fair Sentencing Act, which was signed by President Obama on August 3, 2010, to change the weight of cocaine base required to trigger five- and ten-year mandatory minimum sentences. The motion also urges this order to apply the Fair Sentencing Act retroactively to him, pursuant to future legislation predicted by defendant, as well as fundamental fairness. Yet our court of appeals — consistent with other circuits — has held that the Fair Sentencing Act is not retroactive as applied to defendants who were convicted and sentenced before the Act was law. *See United States v. Hall*, No. 09-10216, 2010 WL 4561363, *3 (9th Cir. Nov. 10, 2010) ("the new legislation is not

retroactive"). Defendant has provided no authority that would allow this order to push past such a roadblock to his motion.

Therefore, defendant's motion for reduction of his sentence is **DENIED**.

**IT IS SO ORDERED.**

Dated: February 16, 2011.

W<sub>ILLIAM</sub> A<sub>LSUP</sub>
U<sub>NITED</sub> S<sub>TATES</sub> D<sub>ISTRICT</sub> J<sub>UDGE</sub>

2