IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KAI BUTLER,<br><br>    Defendant.<br>_____/ | No. CR 06-00813 WHA<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION OF ORDER DENYING MOTION FOR REDUCTION OF SENTENCE** |

Defendant Kai Butler moves, *pro se*, for reconsideration of the order denying his motion for a reduction of his sentence pursuant to 18 U.S.C. 3582(c)(2). Defendant has not been granted leave, however, to file such motion. Pursuant to Civil Local Rule 7-9, which applies to this matter pursuant to Criminal Local Rule 2-1, no party may notice a motion for reconsideration without first obtaining leave of Court to file the motion. Even if this order were to construe the motion as a motion for leave to file a motion for reconsideration, it does not present a material difference in fact or law from that which was presented previously, the emergence of new material facts or a change of law since that time, or a manifest failure by the Court to consider material facts or dispositive legal arguments. Therefore, defendant's motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: February 28, 2011.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE