```
STEVEN G. KALAR
Federal Public Defender
RITA BOSWORTH
Assistant Federal Public Defender
19th Floor, Federal Building, Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
```

Counsel for Defendant BUTLER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>vs.<br><br>KAI BUTLER,<br><br>          Defendant. | No. CR 06-813 WHA<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER REGARDING SENTENCE REDUCTION UNDER U.S.S.G. § 1B1.10(b)(1) (AS AMENDED BY 750, PARTS A & C)** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1. The defendant is making an unopposed motion for a modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

   Total Offense Level:   29

   Criminal History Category:   III

   Guideline Range:   108-135

   Mandatory Minimum: 60 months

3. Defendant was sentenced to 108 months imprisonment on April 3, 2007.

Amended Stip Reduction Sentence                    1

1 | 4. According to the Bureau of Prisons, defendant's current projected release date is May 14,
2 |     2014.
3 | 5. Effective November, 1, 2011, defendant is eligible for a modification of his sentence
4 |     pursuant to 18 U.S.C. § 3582(c), USSG § 1B1.10(b)(1), and Amendment 750, Parts A
5 |     and C, of the United States Sentencing Guidelines Manual.
6 | 6. Defendant's revised guideline calculation is as follows:
7 |     Total Offense Level:   25
8 |     Criminal History Category:    III
9 |     Guideline Range:      70-87 months
10 |     Mandatory Minimum: 60 months
11 | 7. The parties have reviewed the Reduction of Sentence Report submitted to the Court by
12 |     the probation office.  Contrary to the conclusion in the Report, the parties believe that
13 |     Mr. Butler is eligible for a reduction of sentence pursuant to *Freeman v. United States*,
14 |     131 S. Ct. 2685 (2011) .
15 | 8. Because the parties agree that Mr. Butler is both legally and factually eligible for a
16 |     reduction of sentence, the parties hereby stipulate that the Court may enter an order
17 |     reducing defendant's sentence to 97 months.
18 | 9. The parties further stipulate that all other aspects of the original judgment order including
19 |     the length of term of supervised release, all conditions of supervision, fines, restitution,
20 |     and special assessment remain as previously imposed.
21 | 10. Defendant stipulates that he waives and does not request a hearing in this matter pursuant
22 |     to Fed. R. Crim. P. 43, 18 U.S.C § 3582(c)(2); *United States v. Booker*, 543 U.S. 220
23 |     (2005) and *Kimbrough v. United States*, 128 S.Ct. 558 (2007).
24 | 11. Defendant waives his right to appeal the district court's sentence.
25 | 12. Accordingly, the parties agree that an amended judgment may be entered by the Court in
26 |     accordance with this stipulation pursuant to 18 U.S.C. § 3582(c) and USSG §

Amended Stip Reduction Sentence                   2

1B1.10(b)(1), Amendment 750, Parts A and C, of the Sentencing Commission Guidelines Manual. The parties agree that a proposed amended judgment will be submitted to the Court by the probation office, along with the Sentencing Reduction Investigation Report.

IT IS SO STIPULATED:

/s/

Date:   10/15/12

RITA BOSWORTH
Assistant Federal Public Defender

/s/

Date:   10/15/12

BRIAN STRETCH
Assistant United States Attorney

[PROPOSED] ORDER

Upon consideration of the stipulation submitted by the parties, it is hereby ORDERED that the defendant's sentence is reduced to 97 months on Count One and Two, to be served concurrently; and it is further ORDERED that all original conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

Date:   November 13, 2012.

WILLIAM ALSUP
United S...

APPROVED
Judge William Alsup

Amended Stip Reduction Sentence                3