IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 06-0813 WHA |
| Plaintiff, | |
| v. | **ORDER SEEKING APPEARANCE OF DOCTOR** |
| KAI BUTLER, | |
| Defendant. | |

The government shall please arrange for the appearance at the hearing tomorrow of the doctor at Santa Rita responsible for caring for defendant Kai Butler's injuries.

**IT IS SO ORDERED.**

Dated: October 18, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE